[No. 48259-2-II. Division Two. March 14, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ELMER A. APAEZ-MEDINA, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 15-1-00288-1, Daniel Goodell, J., entered November 3, 2015. *Affirmed* by unpublished opinion per Maxa, A.C.J., concurred in by Lee and Melnick, JJ.

[No. 48390-4-II. Division Two. March 14, 2017.]

ANDREW R. AHRENS, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-2-06271-4, Gerald T. Costello, J., entered November 20, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Worswick and Johanson, JJ.

[No. 48428-5-II. Division Two. March 14, 2017.]

THE STATE OF WASHINGTON, *Appellant*, v. ANDREW PHILLIP LINGLE, *Respondent*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 15-1-00194-4, Keith C. Harper, J., entered January 8, 2016. *Reversed* and *remanded* by unpublished opinion per Lee, J., concurred in by Bjorgen, C.J., and Melnick, J.

[No. 48523-1-II. Division Two. March 14, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN JOSEPH HAMEL, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 15-1-00987-5, William C. Houser, J., entered December 4, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Melnick, J., concurred in by Bjorgen, C.J., and Johansen, J.